NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0000392**
**17-DEC-2013**
**09:14 AM**

NO. CAAP-13-0000392

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ALLAN E. JACOSALEM, Petitioner-Appellant,
v.
STATE OF HAWAIʻI, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NOS. 09-1-0574 and 11-1-0825)

ORDER GRANTING PETITIONER-APPELLANT'S NOVEMBER 21, 2013 MOTION
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of the Motion to Withdraw Appeal of the Order Denying to Amend/Correct Judgment, filed November 21, 2013, by Petitioner-Appellant Allan E. Jacosalem, pro se, which the court construes as a motion to dismiss the appeal, pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the papers in support, and the record,

IT IS HEREBY ORDERED that the motion to dismiss the appeal is granted and the appeal is dismissed.

DATED: Honolulu, Hawai'i,   December 17, 2013.


Chief Judge


Associate Judge


Associate Judge